VARIOUS CHAP. 13 - UNCLAIMED FUNDS

**S.J. BEAULIEU, JR.**
CHAPTER 13 TRUSTEE
433 METAIRIE ROAD, SUITE 307
METAIRIE, LA 70005

SunTrust Bank
MEMPHIS, TN

64-79 / 611

0622715

May 28, 2010

PAY   Exactly Six Hundred Eighty And 36/100 Dollars

$********680.36

TO THE ORDER OF
UNITED STATES BANKRUPTCY COURT
STE B-601
500 POYDRAS ST
NEW ORLEANS, LA 70130

VOID AFTER 90 DAYS

S.J. Beaulieu Jr.

"0622715"  :061100790:  8800517495"

---

UNITED STATES
BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

# 227207   - KW
* * C O P Y * *
June 03, 2010
13:40:06

TREASURY REGFUND
Debtor.: VARIOUS CH 13
Amount.:           $680.36 CH
Check#.: 0622715

Total-> $680.36

FROM: BEAULEAU

6-3-10
Deposited in 60ATBK
TREASURY ACCT.

DUE: VARIOUS

BK #15
CVogel

The attached check represents payments found to be underliverable, detailed below, for deposit into the registry of the court.

Registry Check #622715

| Case Number | Debtors | Amount | Payees |
|---|---|---|---|
| 04-15898 | HEAP, EDWIN J<br>HEAP, CLAIRE L<br>501 W 24TH AVE<br>COVINGTON LA 70433 | 19.60 | HOUSEHOLD MORTGAGE SVCS<br>636 GRAND REGENCY BLVD<br>BRANDON FL 33510 |
| 04-16736 | KELLER, RAYMOND<br>KELLER, CHARLENE<br>67030 THACKERY ST<br>MANDEVILLE LA 70471 | 520.27 | HIBERNIA NATIONAL BANK<br>LENDING LAW DEPT<br>225 BARONNE ST 11TH FLOOR<br>NEW ORLEANS LA 70112 |
| 05-15889 | SCOTT, TANESHA L<br>6600 FAIRGLEN DR<br>ARLINGTON TX 76002 | 11.50 | (debtor) |
| 05-16433 | CLAVERIE JR, AUGUST LESLIE<br>ST PIERRE-CLAVERIE, MARIE ELAINE<br>409 N STARRETT RD<br>METAIRIE LA 70003 | 17.49 | HIBERNIA NATIONAL BANK<br>LENDING LAW DEPT<br>225 BARONNE ST 11TH FLOOR<br>NEW ORLEANS LA 70112 |
| 07-10323 | WILLIAMS, BARBARA JEAN<br>PO BOX 58<br>LUTCHER LA 70071 | 103.94 | GE CONSUMER FINANCE<br>PO BOX 960061<br>ORLANDO FL 32896 |
| 07-12545 | MARTIN JR, LAWRENCE ANTHONY<br>MARTIN, LYDIA SUSIE<br>1500 HENDEE ST<br>NEW ORLEANS LA 70114 | 7.56 | WORLDWIDE ASSET PURCHASING LLC<br>% WEST ASSET MANAGEMENT INC<br>PO BOX 105698<br>ATLANTA GA 30348 |
|  |  | $680.36 |  |